# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **DIANA L. SISK,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. 3:19-cv-00342** |
| ) | **Judge Aleta A. Trauger** |
| **ANDREW M. SAUL, Commissioner of** ) | |
| **Social Security,** ) | |
| ) | |
|    **Defendant.** ) | |

## ORDER

Before the court are plaintiff Diana Sisk's Objections (Doc. No. 23) to the magistrate judge's Report and Recommendation (Doc. No. 22), recommending that the plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 19) be denied and that the Social Security Administration's denial of benefits be affirmed.

For the reasons explained in the accompanying Memorandum, the Objections are **OVERRULED**, and the court **ACCEPTS and ADOPTS** the Report and Recommendation. The plaintiff's Motion for Judgment (Doc. No. 19) is **DENIED**, and the Social Security Administration's decision is **AFFIRMED**.

The Clerk shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

 

_____
ALETA A. TRAUGER
United States District Judge